# United States District Court

WESTERN DISTRICT OF WASHINGTON

JERRY MANNING,

                      JUDGMENT IN A CIVIL CASE

    v.

                      No. C10-5663 RJB/KLS

DOUG WADDINGTON,

___     **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_     **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1)     The Court **ADOPTS** the Report and Recommendation (Dkt. 16). Plaintiff failed to exhaust his administrative remedies. Plaintiff's motion to stay proceedings (Dkt. 17) is **DENIED**. The dismissal of this case is without prejudice. Plaintiff is not precluded from pursuing this matter in a subsequent case after his release from prison.

(2)     Defendant's motion for summary judgment (Dkt. 11) is **GRANTED.** Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust administrative remedies.

    February 1, 2011                                WILLIAM M. McCOOL
          Date                                                    Clerk

                                                    *s/ Mary Trent*
                                                    Deputy Clerk